Attorneys for Plaintiff(s), Judy Tracy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 3:06-cv-00824-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Tracy, et al.,<br><br>                Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Judy Tracy, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009     By: _____
Kenneth T. Fibich
Fibich Hampton & Leebron, LLP
1401 McKinney Street, Suite 1800
Houston, TX 77010
Telephone: (713) 574-7520
Facsimile: (713) 574-0030
Attorneys for Plaintiff(s), Judy Tracy

DATED: Oct. 21, 2009     By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2, 2009     _____
Hon. Charles R. Breyer
United States District Court

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE