**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Kenneth T. Fibich
   **FIBICH, HAMPTON, LEEBRON, L.L.P**
2  Five Houston Center, 1401 McKinney, Suite 1800
   Houston, Texas 77010-9998
3  Telephone: 713-751-0025
   Facsimile: 713-751-0030
4
5  Attorneys for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Judy Tracy, et al.,<br>          Plaintiffs,<br>     v.<br>Pfizer Inc, et al.,<br>          Defendants. | Case No.: 06-0824 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiff, Pam Heath (on behalf of her husband, Steven Heath, deceased) and Defendants, in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff, Pamela Heath, with each side bearing its own attorneys' fees and costs.

   DATED: July 2, 2010    By: _____
                              Kenneth T. Fibich
                              **FIBICH, HAMPTON, LEEBRON, L.L.P**
                              Five Houston Center, 1401 McKinney, Suite 1800
                              Houston, Texas 77010-9998
                              Telephone: 713-751-0025
                              Facsimile: 713-751-0030

                              *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

```
1    DATED: 7/29, 2010      By: /s/ James C. Leritz
2                               James C. Leritz
                                LERITZ, PLUNKERT & BRUNING, P.C.
3                               One City Center, Suite 2001
4                               St. Louis, Missouri 63101
                                Telephone: 314-231-9600
5                               Facsimile: 314-231-9480

6                               Attorneys for Medical Center Pharmacy
                                and Marrs Pharmacy
7

8
9    DATED: _____, 2010      By: _____
                                Terry M. Evans
10                              Amanda N. Klein
                                ANDERECK EVANS MILNE WIDGER &
11                              JOHNSON, LLC
                                119 East Main Street, P.O. Box 654
12                              Smithville, Missouri 64089
                                Telephone: 816-532-3895
13                              Facsimile: 816-532-3899

14
                                Attorneys for Hy-Vee Stores, Inc.
15

16
17   DATED: _____, 2010      By: _____
                                Michelle W. Sadowsky
18                              DLA PIPER LLP (US)
                                1251 Avenue of the Americas
19                              New York, New York 10020
                                Telephone: 212-335-4625
20                              Facsimile: 212-884-8675

21
                                Defendants' Liaison Counsel
22

23

24
     PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
25   IT IS SO ORDERED.

26
     Dated: 9-28-2010         /s/ Charles R. Breyer
27                            Hon. Charles R. Breyer
                              United States District Court
28
```

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: _____, 2010   By: _____
James C. Leritz
**LERITZ, PLUNKERT & BRUNING, P.C.**
One City Center, Suite 2001
St. Louis, Missouri 63101
Telephone: 314-231-9600
Facsimile: 314-231-9480

*Attorneys for Medical Center Pharmacy and Marrs Pharmacy*

DATED: 7/16, 2010   By: _____
Terry M. Evans
Amanda N. Klein
**ANDERECK EVANS MILNE WIDGER & JOHNSON, LLC**
119 East Main Street, P.O. Box 654
Smithville, Missouri 64089
Telephone: 816-532-3895
Facsimile: 816-532-3899

*Attorneys for Hy-Vee Stores, Inc.*

DATED: Sept. 17, 2010   By: _____/S/_____
Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4625
Facsimile: 212-884-8675

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE